MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8974
Facsimile: (415) 744-0134
E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO HERRERA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 3:11-CV-03405 <br><br> **STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

  Parties, through their attorneys, move this Court for an Order granting Defendant until January 17, 2012 within which to file his response to Plaintiff's Motion for Summary Judgment (the response is currently due on January 3, 2012).

  Good cause exists for this extension. Due to Defendant's counsel unexpected leave in December and the press of business, additional time is now needed to complete Defendant's opposing brief. This is Defendant's first request for an extension.

  It is respectfully requested that the Court approve this stipulation and grant Defendant up to and including January 17, 2012 to file its opposition and cross-motion for summary judgment.

Respectfully submitted,

DATED: December 29, 2011

By: /s/Daniel Homer
(As agreed via email on 12/29/11)
DANIEL HOMER
Attorney at Law
Attorney for Plaintiff

Dated: December 29, 2011

MELINDA L. HAAG
United States Attorney

/s/ Ann L. Maley
ANN L. Maley
Special Assistant U.S. Attorney

Attorneys for Defendant

Pursuant to stipulation, IT IS ORDERED that Defendant's time to respond to Plaintiff's motion for summary judgment is extended from January 3, 2012 to January 17, 2012.

DATED: December 30, 2011

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE